IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| OTIS ALEXIS DANIELS, JR., : | |
| Plaintiff : | |
| v. : | CASE NO. 7:13-CV-161 (HL) |
| Captain LEON CARTER, et al, : | |
| Defendants : | |

### ORDER ON REPORT AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 10) filed April 21, 2014 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections were filed to the Magistrate Judge's Recommendation within the time allowed.

**SO ORDERED,** this the 9th day of May, 2014.

*s/ Hugh Lawson*
**HUGH LAWSON, Senior Judge**
**United States District Court**